CSD 2500A (12/15)

# U.S. Bankruptcy Court
# Southern District of California

In re:

                                                   Bankruptcy Case No. **15−02281−LT7**

**SULLIVAN INTERNATIONAL GROUP, INC.**

                                     Debtor

                                                  Adversary Proceeding No. **17−90032−LT**

**CHRISTOPHER R. BARCLAY, CHAPTER 7 TRUSTEE**

                                     Plaintiff

v.

**3C ADVISORS & ASSOCIATES, INC.**
**STEPHEN C JONES ET. AL.**

                                     Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

**Address of Clerk**

    **Clerk, U.S. Bankruptcy Court**
    **Southern District of California**
    **325 West F Street**
     **San Diego, California 92101**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

    **Jesse S. Finlayson**
    **15615 Alton Parkway**
    **Suite 250**
    **Irvine, CA 92618**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*

02/16/2017

*Barry K. Lander, Clerk Of Court*

CSD 2500A

**continued caption:**

**Listing Of Defendant Names:**

3C ADVISORS & ASSOCIATES, INC.

550 WEST C STREET, SUITE 1500

SAN DIEGO, CA 92101

STEPHEN C JONES

550 WEST C STREET
SUITE 1500

, CA 92101

DAVID A PROLMAN

CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Jesse S. Finlayson, SBN 179443
FINALYSON TOFFER ROOSEVELT & LILLY LLP
15615 Alton Parkway, Suite 250
Irvine, CA 92618
Phone: 949.759.3810 / Fax: 949.759.3812

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| SULLIVAN INTERNATIONAL GROUP, INC. | Debtor. | BANKRUPTCY NO. 15-02281-LT7 |
| Christopher R. Barclay, chapter 7 trustee | Plaintiff(s) | ADVERSARY NO. 17-90032-LT |
| v. 3C Advisors Associates, Inc., a corporation; et al. | Defendant(s) | |

# PROOF OF SERVICE

I, __Barbara M. Mendoza__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __February 17, 2017__, I served the following documents:
Summons in an Adversary Proceeding; Adversary Proceeding Cover Sheet; and Complaint

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail**:

On  February 17, 2017  ,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

Steven C. Jones
Managing Partner, President/CEO for 3C Advisors & Associates, Inc.
550 West C Street, Suite 1500
San Diego, CA 92101

Steven C. Jones, Individually
550 West C Street, Suite 1500
San Diego, CA 92101

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  February 27, 2017            /s/ Barbara M. Mendoza
             (Date)                       (Typed Name and Signature)

                                          15615 Alton Parkway, Suite 250
                                          (Address)

                                          Irvine, CA 92618
                                          (City, State, ZIP Code)

CSD 3010