David A. Prolman
679 S. Nardo Ave
A-17
Solana Beach, California 92075
dprolman@prolman.com
Telephone    (858) 775-5561

*Pro Se*

FILED

2017 JUL -7  AM 10: 22

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.
         4/

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SULLIVAN INTERNATIONAL GROUP, INC.<br><br>Debtors.<br><br>CHRISTOPHER R. BARCLAY, chapter 7 trustee,<br><br>Plaintiff,<br><br>v.<br><br>3C ADVISORS & ASSOCIATES, INC., a corporation; STEPHEN C. JONES, an individual; DAVID A. PROLMAN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 15-02281-LT7<br>                  17-90032<br>Adv. Proc. No.: 17-~~900032~~-LT<br>  AMENDING 59P<br>~~First~~ **AMENDMENT TO**<br>**ANSWER OF DEFENDANT DAVID A.**<br>**PROLMAN TO COMPLAINT FOR:**<br><br>**(1) PROFESSIONAL NEGLIGENCE**<br>**(2) BREACH OF FIDUCIARY DUTY**<br>**(3) UNJUST ENRICHMENT** |

1

1ST AMENDMENT TO ANSWER TO COMPLAINT

2281 AMC

Defendant DAVID A. PROLMAN, (the "<u>Defendant</u>") hereby submits the following FIRST amendment to the answer to that certain *Complaint for: (1) Professional Negligence; (2) Breach of Fiduciary Duty; and (3) Unjust Enrichment* (the "<u>Complaint</u>") as follows:

## ADDRESS OF DEFENDANT DAVID A. PROLMAN

Defendant David A. Prolman amends the original response with the correct and current address:

679 S. Nardo Ave.
A-17
Solana Beach, CA 92075
dprolman@prolman.com
Telephone    (858) 775-5561

Dated: July 7, 2017

_____
David A. Prolman, *Pro Se*

# PROOF OF SERVICE

I, David A. Prolman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made July 7, 2017 by:

[ XX ]   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Frank J. Polek, SBN 167852
POLEK LAW
3033 Fifth Avenue, Suite 225
San Diego, California 92103
Attorney for
3C ADVISORS & ASSOCIATES, INC.
and STEPHEN C. JONES

Jesse S. Finlayson, SBN 179443
Finlayson Toffer Roosevelt & Lilly LLP
15615 Alton Parkway, Suite 250
Irvine, Ca 92618
Attorney for Christopher C. Barclay,
Chapter 7 Trustee

[ ] Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[ ] Residence Service: By leaving the documents with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
        addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [describe briefly]

[ ] State Law : The defendant was served pursuant to the laws of the State of , as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

July 7, 2017                                      [Signature]
[Date]

| | |
|---|---|
| Print Name | David A. Prolman |
| Business Address | 679 S. Nardo Ave., A-17 |
| City | Solana Beach        State   CA          ZIP   92075 |