CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jesse S. Finlayson (SBN 179443)
FINALYSON TOFFER ROOSEVELT & LILLY LLP
15615 Alton Parkway, Suite 250
Irvine, CA 92618
(949) 759.3810/ (949) 759.3812 (Fax)
jfinlayson@ftrlfirm.com

Order Entered on May 10, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Sullivan International Group, Inc.
                                         Debtor.

Adversary No. 17-90032   (lc)
BANKRUPTCY NO. 15-02281-LT7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Laura S. Taylor

# ORDER ON

**NOTICE OF INTENDED ACTION TO APPROVE DISMISSAL WITH PREJUDICE OF THE TRUSTEE'S CLAIMS AGAINST DAVID A. PROLMAN IN ADV. NO. 17-90032-LT**   (lc)

The court orders as set forth on the continuation pages attached and numbered __2__ through __13__ with exhibits, if any, for a total of __13__ (lc) pages. Motion/Application Docket Entry No. __1190__.

//
//
//
//
//
//
//

DATED: May 10, 2019

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18] **(Page 2)**
ORDER ON NOTICE OF INTENDED ACTION TO APPROVE DISMISSAL WITH PREJUDICE OF THE TRUSTEE'S
DEBTOR: Sullivan International Group, Inc.                                CASE NO: 15-02281-LT7
                                                                           Adversary No. 17-90032   (lc)

On April 11, 2019, Christopher R. Barclay, the duly appointed chapter 7 trustee for the bankruptcy estate of Sullivan International Group, Inc. (the "Trustee"), filed and served a Notice of Intended Action [ECF Dkt. No. 1190] seeking an order approving the dismissal with prejudice of the Trustee's claims against David A. Prolman in Adv. No. 17-90032-LT. A filed-stamped copy of the Notice of Intended Action is attached as Exhibit 1 to this Order.

The Court having considered the proposed action; the period within which parties in interest were required to file and serve objections, if any, to the proposed action having expired; no objection or other response to the proposed action having been received by the Trustee or his counsel or filed with the Court; notice appearing proper; and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Notice of Intended Action is approved.

2. The Trustee is authorized to file the Stipulation of Dismissal with Prejudice attached as Exhibit B to the Notice of Intended Action and take any and all other steps that may be required to dismiss with prejudice the Trustee's claims against David A. Prolman in Adv. No. 17-90032-LT.

CSD 1001A

Signed by Judge Margaret M. Mann May 10, 2019

# EXHIBIT 1

CSD 2062 [05/19/17]
Court Telephone: (619) 557-5620
www.casb.uscourts.gov
Court Hours: 9:00am-4:00pm, Monday-Friday

Jesse S. Finlayson (SBN 179443)
FINALYSON TOFFER ROOSEVELT & LILLY LLP
15615 Alton Parkway, Suite 250
Irvine, CA 92618
(949) 759.3810/ (949) 759.3812 (Fax)
jfinlayson@ftrlfirm.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Sullivan International Group, Inc.

BANKRUPTCY NO. 15-02281-LT7

Debtor.

**TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or
    Fees:
    Costs:

☑ Other:
    Dismiss with prejudice the Trustee's claims against David A. Prolman in Adv. No. 17-90032-LT. See the Attachment and Exhibits A and B for details.

IF YOU OBJECT TO THE PROPOSED ACTION:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

CSD 2062

Signed by Judge Margaret M. Mann May 10, 2019

CSD 2062 (Page 2) [05/19/17]

2. **Within twenty-one (21)[1] days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must :

   a. identify the interest of the opposing party; and

   b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

   **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 21-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated:  April 11, 2019                         /s/ Jesse S. Finlayson
                                               ☐ Chapter 7 Trustee   ☑ Attorney for Chapter 7 Trustee
                                               Address:  15615 Alton Parkway, Suite 250
                                                         Irvine, CA 92618

                                               Phone No.:  949.759.3810
                                               E-mail:     jfinlayson@ftrlfirm.com

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 2062

*In re Sullivan International Group, Inc.*
Case No. 15-02281-LT7

**ATTACHMENT**
[Notice of Intended Action and Opportunity for Hearing]

  Christopher R. Barclay (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Sullivan International Group, Inc. (the "Debtor"), seeks an order authorizing the Trustee to dismiss with prejudice all claims against David A. Prolman ("Prolman") in Adv. No. 17-90032-LT. The Trustee's Declaration in Support of the Notice is attached as Exhibit A to this Notice. A true and accurate copy of the proposed Stipulation of Dismissal with Prejudice is attached to this Notice as Exhibit B. The Trustee submits the following information in compliance with Local Bankruptcy Rule 9019-1, to the extent applicable:

**Nature of the Controversy**

  Prior to bankruptcy, the Debtor was in the business of providing environmental consulting and engineering services and construction management to public and private sector clients, including the Environmental Protection Agency and Department of Defense.

  In December 2014, the Debtor retained 3C Advisors & Associates, Inc. ("3C") to act as the Debtor's financial advisor to assist with various tasks, including valuing and marketing the Debtor's assets for possible sale and locating new sources of capital or bank financing. Stephen C. Jones is a Managing Director at 3C. At all times relevant, David A. Prolman ("Prolman") was the head of the Corporate Advisory Services Practice at 3C.

  On April 6, 2015 (the "Petition Date"), the Debtor filed for protection under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court").

  On February 16, 2017, the Trustee commenced an adversary proceeding against 3C, Jones, and Prolman, Adv. Case No. 17-90032-LT (the "3C Adversary Proceeding"). The Trustee alleged claims for relief in the 3C Adversary Proceeding for professional negligence, breach of fiduciary duty, and unjust enrichment. In very general terms, the Trustee contends in the 3C Adversary Proceeding that 3C failed to adequately and competently perform its duties as the Debtor's financial advisor both prepetition and postpetition.

  On October 8, 2018, the Trustee entered into a Settlement Agreement with 3C and Jones. Under the terms of the Settlement Agreement, 3C agreed to pay the Trustee $44,500.00 in cash and stipulated to entry of judgment in the amount of $2,386,535.00. In addition, 3C (a) assigned all its rights against Certain Underwriters at Lloyd's, London (the "Underwriters") under 3C's Professional Liability Insurance Policy, any other agreement, applicable law, or otherwise; and (b) agreed to withdraw its fee application filed in the Debtor's bankruptcy case.

  On December 4, 2018, the Bankruptcy Court entered the order approving the 3C/Jones settlement. On December 14, 2018, the Bankruptcy Court entered the stipulated judgment against 3C in the amount of $2,386,535. The stipulated judgment also dismissed Jones from the 3C Adversary Proceeding with prejudice.

Signed by Judge Margaret M. Mann May 10, 2019

Recently, on March 8, 2019, the Trustee filed a separate adversary proceeding against the Underwriters to enforce the assigned Professional Liability Insurance Policy, Adv. No. 19-90031-LT. The Trustee's adversary proceeding against the Underwriters is currently pending.

Prolman disputes the Trustee's allegations in the 3C Adversary Proceeding and does not agree with certain of the statements made by the Trustee in this Notice.

**The Terms of the Dismissal**

The Trustee now seeks authority to dismiss the remaining claims against Prolman in the 3C Adversary Proceeding. The proposed dismissal is with prejudice. Both sides will bear their own costs.

**The Financial Impact upon the Estate**

The proposed dismissal will save the estate future legal fees and allow the Trustee to focus the estate's resources on other matters.

**The Proposed Dismissal is the Best Interests of the Estate and Creditors**

The Trustee believes that continuing to pursue claims against Prolman in the 3C Adversary Proceeding does not make sense from a cost-benefit standpoint for several reasons. First, the Trustee believes that Prolman is essentially judgment-proof. Second, even if Prolman does have non-exempt assets that the Trustee is unaware of, collecting from him will be difficult and potentially cost-prohibitive. Third, the Trustee has already obtained a substantial judgment against 3C and is pursuing insurance claims against the Underwriters related to that judgment. Obtaining an additional joint and several judgment against Prolman will not materially benefit the estate. The Trustee believes that his efforts and the estate's money are best spent on pursuing the insurance claims rather than continuing to litigate with Prolman. Fourth, Prolman disputes the Trustee's claims and intends to defend the 3C Adversary Proceeding. Prolman is representing himself in the 3C Adversary Proceeding, which makes the task of litigating the case more challenging and expensive for the estate. In sum, the Trustee does not believe there is any material benefit to continuing to litigate with Prolman.

Case 15-02281-LT  Filed 04/11/19  Entered 04/11/19 15:23:12  Doc 190  Pg. 5 of 10

# EXHIBIT A

Signed by Judge Margaret M. Mann May 10, 2019

## DECLARATION OF CHRISTOPHER R. BARCLAY

I, Christopher R. Barclay, declare:

1. I am the chapter 7 trustee for the bankruptcy estate of Sullivan International Group, Inc. (the "Debtor"). I was appointed as the duly authorized and acting Trustee on September 11, 2015 by the Bankruptcy Court. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to these facts under oath, except to matters which are stated on information and belief, and as to these facts, I am informed and believe that they are true.

2. I submit this declaration in support of the Notice of Intended Action and Opportunity for Hearing (the "Notice") requesting authority to dismiss with prejudice all claims against David A. Prolman in Adv. No. 17-90032-LT. Unless otherwise indicated, capitalized terms in this Declaration have the meaning given to them in the Attachment to the Notice.

3. A true and accurate copy of the proposed Stipulation of Dismissal with Prejudice is attached as Exhibit B to the Notice.

4. The facts stated in the Attachment to the Notice are accurate to the best of my knowledge.

5. I believe that the proposed dismissal is in the best interest of creditors and the estate for the reasons stated in the Attachment to the Notice. In my view, continuing to pursue claims against Prolman in the 3C Adversary Proceeding does not make sense from a the cost-benefit standpoint for several reasons. First, I am informed and believe that Prolman is essentially judgment-proof. Second, even if Prolman does have non-exempt assets that I am unaware of, collecting from him will be difficult and potentially cost-prohibitive. Third, I have already obtained a substantial judgment against 3C and my attorneys are pursuing insurance claims against the Underwriters related to that judgment. Obtaining an additional joint and several judgment against Prolman will not materially benefit the estate. I believe that my efforts and the estate's money are best spent on pursuing the insurance claims rather than continuing to litigate with Prolman. Fourth, Prolman disputes the claims asserted against him in the 3C Adversary Proceeding and intends to defend that case. Prolman is representing himself in the 3C Adversary Proceeding, which makes the

1

task of litigating the case more challenging and expensive for the estate. In sum, I do not believe there is any material benefit to continuing to litigate with Prolman.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 2, 2019, in San Diego, California.

_____
CHRISTOPHER R. BARCLAY

2

# EXHIBIT B

Signed by Judge Margaret M. Mann May 10, 2019

| | |
|---|---|
| JESSE S. FINLAYSON, SBN 179443<br>*jfinlayson@ftrlfirm.com*<br>MATTHEW E. LILLY, SBN 218143<br>*mlilly@ftrlfirm.com*<br>**FINLAYSON TOFFER<br>ROOSEVELT & LILLY LLP**<br>15615 Alton Parkway, Suite 250<br>Irvine, CA 92618<br>Telephone: 949.759.3810<br>Facsimile: 949.759.3812<br><br>Attorneys for Plaintiff<br>Christopher R. Barclay, Chapter 7 Trustee | |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SULLIVAN INTERNATIONAL GROUP, INC.,<br><br>Debtor. | Case No. 15-02281-LT7<br><br>Chapter 7<br><br>Adv. Proc. No.: 17-90032 |
| CHRISTOPHER R. BARCLAY, chapter 7 trustee,<br><br>Plaintiff,<br><br>v.<br><br>3C ADVISORS & ASSOCIATES, INC., a corporation; STEPHEN C. JONES, an individual; DAVID A. PROLMAN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Case 17-90082-LT7  Filed 05/10/19  Entered 05/10/19 16:15:42  Doc 58  Pg. 13 of 13

Plaintiff Christopher R. Barclay (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Sullivan International Group, Inc. (the "Debtor"), and Defendant David A. Prolman ("Prolman"), hereby stipulate to dismiss all claims against Prolman in the above-captioned adversary proceeding with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (made applicable by Federal Rule of Bankruptcy Procedure 7041), with each party to bear his own costs. All other claims that were asserted by the Trustee in this adversary-proceeding were previously resolved pursuant to the Order on Stipulated Partial Judgment entered as Adv. Dkt. No. 45 on December 14, 2018. As such, this Stipulation constitutes a complete dismissal of all remaining claims in this adversary proceeding.

DATED: April 3, 2019

FINLAYSON TOFFER
ROOSEVELT & LILLY LLP

By: _____
Jesse S. Finlayson

Attorneys for Christopher R. Barclay,
Chapter 7 Trustee

DATED: April 10, 2019

_____
DAVID A. PROLMAN, an Individual

1

Signed by Judge Margaret M. Mann May 10, 2019