# Notice Recipients

District/Off: 0974–3    User: Admin.    Date Created: 5/10/2019
Case: 17–90032–LT    Form ID: pdfO1    Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft    David A Prolman

    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty    Beth A. Clukey    beth.clukey@usdoj.gov
aty    Frank J. Polek    frank@poleklaw.com
aty    Jesse S. Finlayson    jfinlayson@ftrlfirm.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    3C Advisors & Associates, Inc.    550 West C Street, Suite 1500    San Diego, CA 92101
dft    STEPHEN C JONES    550 West C Street    Suite 1500    San Diego, CA 92101
intp    United States    U.S. Attorney's Office    880 Front St., Rm. 6293    San Diego, CA 92101

    TOTAL: 3